Donald P. YOUNG, et al., Appellants

v.

GENERAL SERVICES ADMINISTRA-
TION, an agency of the United
States, et al., Appellees

No. 00–5240.

United States Court of Appeals,
District of Columbia Circuit.

Dec. 14, 2000.

Before WILLIAMS, GINSBURG and
GARLAND, Circuit Judges.

JUDGMENT

This cause came to be heard on the
appeal from a judgment of the United
States District Court for the District of
Columbia, and was briefed and argued by
counsel. The issues have been accorded
full consideration by the Court and occa-
sion no need for a published opinion. *See*
D.C.Cir. Rule 36(b). It is

ORDERED and ADJUDGED by the
Court that the judgment of the District
Court is hereby affirmed, substantially for
the reasons stated in the opinion of the
District Court. *Young v. General Services
Administration*, 99 F.Supp.2d 59 (D.D.C.
2000).

The Clerk is directed to withhold issu-
ance of the mandate herein until seven
days after disposition of any timely peti-
tion for rehearing. *See* D.C.Cir. Rule 41.